IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH S. GARY,

                    Plaintiff,

v.                                        Case No. 18-cv-541-jdp

ANNA YOUNG, LINDSAY WALKER,
TERESA GAIER, RENEE SCHUELER,
GOV. SCOTT WALKER, JON LITSCHER,
MICHAEL DITTMANN, and LUCAS WEBER,

                    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 6/15/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |